IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

HON. RICHARD C. GALLO, as ADMINISTRATOR
OF THE ESTATE OF ANTWON ROSE, II

    *Plaintiff*,

    v.                            Docket No.: 2:18-cv-01016

THE CITY OF EAST PITTSBURGH PA, and
MICHAEL ROSEFELD;

                                            Jury Trial Demanded
    Defendants

SUPPLEMENTAL RULE 26(f) REPORT OF THE PARTIES

    Following the Status Conference conducted on August 8, 2019, the Court had directed the parties to submit a Supplement to its previously filed Rule 26(f) Report. See ECF Doc. No. 58. Specifically, the Court had directed the parties to adjust its Discovery deadlines.

    Accordingly, the parties have agreed upon the following new deadlines:

1. First Wave of Discovery is to be concluded by:     October 25, 2019

2. ADR is to be completed by:     November 26, 2019

3. Deadline to Amend Pleadings:     December 6, 2019

4. Should the parties fail to resolve the matter, the second wave of discovery is to be concluded by     February 1, 2020.

    All other terms, conditions, agreements, and or other deadlines remain in effect from the previously filed Rule 26(f) Report.

CERTIFICATE OF SERVICE

I, Monte J. Rabner, Esquire, do hereby certify that the foregoing Supplement was electronically filed with the Clerk of Court's Office on August 26, 2019, using the CM/ECF System, which sends notification of the filing of the same to all counsel of record in this matter as noted hereinafter:

Paul Krepps
Estelle McGrath
Allison Genard
Marshall Dennehey Warner Coleman & Goggin
501 Grant Street
Suite 700
Pittsburgh Pa 15219

Thomas P. McGinnis
Jeanette H. Ho
Thomas, Thomas, & Hafer LLP
525 William Penn Place
Suti 3750
Pittsburgh Pa 15219

/s/ Monte J. Rabner
Monte J. Rabner, Esquire
Counsel for Plaintiff